United States District Court
Southern district of Florida

## Complaint

Weineger Enterprises
as assignee of Weineger Enterprises Trust,

        Plaintiff

Case No _____

v.

Luke Johnson and
Jane Doe,

        Defendant's

FILED BY _____ D.C.

MAR 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - KEY WEST

---

Weineger Enterprises is a sole proprietorship of the undersigned, plaintiff, sues defendant(s) Luke Johnson and Jane Doe.

This action is filed under other contract, (190) involves diversity of Citizenship, the amount in controversy exceeds $133,000.00.

The plaintiff, as a complaint against the defendant (s) alleges and shows to the court as follows:

1. Plaintiff is a resident of Florida, County of Monroe, is the owner of a claim against defendant(s) for the sale of personal property interest located in Polk County, Wis, and is the Current Owner of said claim pursuant to an assignment of claim, with an effective contract date of 7/23/2018, and an amount due exceeding $133,000.00.

2. Defendant Luke Johnson is the Purchaser under the contract.

3. Jane Doe, upon information and belief, lives with defendant, bore a child of defendant, and may or may not be married to defendant, and is a necessary and indispensable party to this action.

4. Defendants have failed to make the required payments of $1,520.00/month for the months of April 2020 through and including March 2021, totaling a past due amount of $18,240.00 as of 3/1/2021 and have failed to comply with the terms of the contract.

5. There is presently due and owing to plaintiff the sum of $133,490.00 under the contract.

6. That the plaintiff contacted defendant In April and May 2020 and inquired about the missing 4/1/2020 and 5/1/2020 payments. Defendant advised he was not working at that time. Thereafter plaintiff attempted to contact defendant in June, July, and August 2020 however defendant did not take plaintiff's phone call nor did he return voice mail messages. On July 15, 2020 plaintiff sent a NOTICE OF CANCELATION to defendant, however, defendant did not respond. Plaintiff sent emails to defendant on 8/14/2020 and 8/19/2020 requesting contact

from defendant or that he vacate the premises. Once again, defendant failed to respond.

10. That no proceedings have been had at law or otherwise for the recovery of the sums due under said contract except for this action, and all conditions precedent to the commencement of this action are satisfied.

11. That the address of the property is 2267 160th Ave, St. Croix Falls, Wis, the assessed value of the property is $109,000, the selling price to defendants was $129,500.00, and the defendants have no equity in the contract because of their failure to make payments.

**WHEREFORE, the Plaintiff demands judgment providing:**

1. A finding that defendant failed to comply with the terms of the contract, that defendant failed to make the last 12 monthly payments of $1,520 each month, that defendant is indebted to plaintiff in the sum of $133,490.00 plus accruing interest, that defendants have no equity in the contract, that the interests of defendant(s) in the contract be cancelled, and that the Court direct the defendants shall vacate the premises within ten (10) days or that the US Marshall be directed to remove defendant(s) from the premises.

2. An award to plaintiff of its costs in bringing this action

3. Such other relief as the court deems just and equitable.

Dated this 12th day of March, 2021

By: *Bernard Seidling*
Weineger Enterprises, sole proprietorship of
Bernard Seidling,
152 N Indies Drive
Marathon, FL 33050
715-558-5232
Fax 305-743-0003
Email bseidling@hotmail.com

## CONTRACT FOR COMPLETE PARTNERSHIP INTERESTS

**This Contract** is effective on 7/23/2018, by and between Weineger Enterprises Trust ("Seller"), and Luke Johnson ("Purchaser", whether one or more). Seller sells and agrees to convey to Purchaser, upon the prompt and full performance of this contract by Purchaser, the Complete Beneficial Interest of the above stated Trust and the Trust itself as it relates to the following described property;

Lot two (2) of Certified Survey Map No. 5600 recorded in Volume 25 of Certified Survey Maps, page 77 as Document No. 744711, located in the Southeast Quarter of the Southwest Quarter (SE 1/4 of SW 1/4), Section Eight (8), Township Thirty-Four (34) North, Range Eighteen (18) West, Town of St. Croix Falls, Polk County, Wisconsin.

Purchaser agrees to purchase the Complete beneficial Interest of the above stated Trust and pay to Vendor or as directed **(715-634-7969)** at the address as notified, the sum of $129,500.00 in the following manner:

(a) $14,250.00 paid this date, and the balance due thereafter of $115,250.00, together with interest from the date hereof at the rate of 1percent interest per month until paid in full, as follows: $1,295.00 on 9/1/2018 and the same amount thereafter on the 1st day of each month for the next 240 months or until fully paid.

**In addition, buyer shall escrow** 1/12 the Seller's annual anticipated real estate tax which occurs on the property which is owned by said Trust with each monthly payment of principal and interest, (estimated taxes are presently $150.00 per month) and either provide a dwelling fire insurance policy naming seller as contract holder for the unpaid amount or escrow $75.00 per month to pay estimated monthly amounts sufficient to pay, fire and required insurance premiums when due. Purchaser shall promptly give notice of loss to Seller. Insurance shall be applied to restoration or repair of the Property damaged, provided the Seller deems the restoration or repair to be economically feasible.

Following any default in payment, interest shall accrue at the rate of 18.00 per cent normal amortization (actuarial) on the entire amount of the contract (which shall include, without limitation, delinquent interest and late fees until such time as the contract is brought current).

Payments shall be applied first to interest on the unpaid balance at the rate specified, then to late fees, and then to principal. <u>Any amount may be prepaid without penalty at any time.</u>

Purchaser covenants not to commit waste nor allow waste to be committed on the Property, to keep the Property in good tenantable condition and repair, to keep the Property free from liens superior to the lien of this Contract, and to comply with all laws, ordinances, and regulations affecting the Property.

Seller agrees that in case the purchase price with interest and other moneys shall be fully paid and all conditions shall be fully performed at the times and in the manner above specified, Seller will on demand, after receiving said sums, execute and deliver to the Purchaser, <u>a full and complete assignment of the above stated Trust as it relates to the above stated 5 acres of property</u> together with a copy of the original Trust documents, and transfer to Purchaser the status of Trustee, of the Property free and clear of liens or encumbrances of the seller, except any liens or encumbrances created by the act or default of Purchaser, and except adverse possession, prescriptive easements, encroachments, easements, restrictions, right of ways, roadways of records. Alternatively, seller reserves, and buyer agrees, that seller may satisfy its obligation to purchaser by executing and delivering a trustees or quit claim deed to the purchaser.

If the property owned by the beneficial interest of the Trust includes improvements, the improvements are sold strictly <u>"AS IS" "WHERE IS"</u>. <u>The Seller has not lived in the property and is not aware of the condition of the premises, which is owned by the beneficial interest of the Trust being sold under this contract.</u>

<u>Pursuant to Wis statute 709.01(1)(2)(b), no real estate condition report is being supplied as the seller's representative is a Trustee and has never occupied the premises and therefore is exempt from providing a real estate condition report. Buyer has had the opportunity to inspect the premises. This is an "AS IS" sale.</u>

Purchaser agrees to pay the transfer fees, <u>if any</u>, and all real estate taxes which are payable in 2017 and thereafter.

Purchaser agrees that time is of the essence and (a) in the event of a default in the payment of any principal or interest which continues for a period of thirty (30) days following the specified due date or (b)

*Thirty* ~~*of ten*~~ in the event of a default in performance of any other obligation of Purchaser which continues for a period of ten (30) days following written notice thereof by Seller (delivered personally, by certified mail, or first class regular mail); then the entire outstanding balance under this contract shall become immediately due and

payable in full, at Seller's option, and without written notice (which Purchaser hereby waives), and Seller shall also have the following rights and remedies (subject to any limitations provided by law) in addition to those provided by law or in equity:   (I) Vendor may, at his option, terminate this Contract and Purchaser's rights, title and interest in the Partnership interest in this contract and recover the Beneficial interest back by

mailing via first class US mail a notice of cancellation of this contract (in which event all amounts paid by Purchaser shall be forfeited as liquidated damages for failure to fulfill this Contract and as rental for the beneficial interest; or (II) Seller may sue for specific performance of this Contract to compel immediate and full payment on the entire outstanding balance, with interest thereon at the rate in effect on the date of default and other amounts due hereunder, in which event the beneficial interest shall be auctioned at judicial sale and Purchaser shall be liable for any deficiency; or (III) Seller may have the Purchaser evicted from the property in the event the Purchaser refuses to vacate the premises and bring an action against purchaser for all payments and other indebtedness which is due or to become due which shall be considered as rent and as such the full amount of indebtedness shall be prosecuted in small claims court based upon an eviction action and claim for unpaid rents, notwithstanding any oral or written statements or actions of Seller, an election of any of the foregoing remedies shall not be binding upon Seller if and when pursued in litigation and all costs and expenses including reasonable attorney's fees of Seller incurred to enforce any remedy hereunder (whether abated or not) to the extent not prohibited by law shall be added to principal and paid by Purchaser, as incurred, and shall be included in any judgment.

Purchaser shall not transfer, sell or convey any beneficial interest of the contract (by assignment of any of Purchaser's rights under this Contract or by option, long-term lease or in any other way) without the prior written consent of Seller unless either the outstanding balance payable under this Contract is first paid in full or the interest conveyed is a pledge or assignment of Purchaser's interest under this Contract solely as security for an indebtedness of Purchaser.   In the event of any such transfer, sale, or conveyance without Seller's written consent, the entire outstanding balance payable under this Contract shall become immediately due and payable in full, at Seller's option without notice.

Seller may waive any default without waiving other subsequent or prior defaults of Purchaser.   All terms of this Contract shall be binding upon and inure to the benefits of the heirs, legal representatives, successors and assigns of Seller and Purchaser.

**The parties agree this contract is a personal property contract and not real estate contract. The parties agree this contract shall not be recorded in the office of Register of Deeds until such time as the purchaser owns 51 % of the equity based upon selling price.**

IN WITNESS WHEREOF, the parties have signed and sealed these presents herewith.

_Luke Johnson_ -Purchaser

_____ -Purchaser

_Weineger Enterprises Trust_, TTEE -Seller



(https://www.co.polk.wi.us/)

# Polk County Web Search

| Tax Year | Prop Type | Parcel Number | Municipality | Property Address | Billing Address |
|---|---|---|---|---|---|
| 2021 | Real Estate | 044-00216-0000 | 044 - TOWN OF ST CROIX FALLS | 2267 160TH AVE | WEINEGER ENTERPRISES 152 N INDIES DR MARATHON FL 33050 |

Tax Year Legend:  💲 = owes prior year taxes   ❌ = not assessed   $ = not taxed   Delinquent   Current

## Assessment Summary
Estimated Fair Market Value: **0**
Assessment Ratio: **0.0000**
Legal Acres: **5.120**

### 2021 valuations

| Class | Acres | Land | Improvements | Total |
|---|---:|---:|---:|---:|
| G1 - RESIDENTIAL | 5.120 | 29300 | 79700 | 109000 |
| **ALL CLASSES** | **5.120** | **29300** | **79700** | **109000** |

### 2020 valuations

| Class | Acres | Land | Improvements | Total |
|---|---:|---:|---:|---:|
| G1 - RESIDENTIAL | 5.120 | 29300 | 79700 | 109000 |
| **ALL CLASSES** | **5.120** | **29300** | **79700** | **109000** |

July 15, 2020

Weinger Land Trust
P.O. Box 13054
Hayward, WI 54843

Mr. Luke Johnson
2267 160th Ave.
St. Croix Falls, WI 54024

RE: NOTICE OF CANCELLATION

Dear Mr. Johnson:

As you know, the last payment received on your account was your payment of $1,520.00 received on 3/4/2020. I contacted you in April when your payment was not received and again in May. You advised you were not working at the time. I attempted to contact you the 1st week of June and also this month, however, you have not accepted my calls nor have you returned my messages.

This is formal notice that your account is in default, and that you must bring your account current, or you must vacate the premises, or we will be forced to bring a lawsuit against you and may seek money damages and have you removed from the premises.

Be advised, unless you resolve this matter to the seller's satisfaction, this contract is hereby CANCELLED, thirty (30) days from this date.

May I please hear from you?

715-558-5232

*[signature]*
Weinger Land Trust

# Fw: PAYMENTS???

**up north** <bseidling@hotmail.com>
Wed 8/19/2020 6:51 AM
To: johnsonluke67@yahoo.com <johnsonluke67@yahoo.com>

Hi Luke,

can you please contact me regarding your lack of payments??

B

---

**From:** up north
**Sent:** Friday, August 14, 2020 1:25 PM
**To:** johnsonluke67@yahoo.com <johnsonluke67@yahoo.com>
**Subject:** PAYMENTS???

Hi Luke,

Our records indicate your last payment was received on 3/4/20 in the amount of $1,520.00.  I have called you numerous times in April, May, June, July, and August.  The last several times which I called you have not taken my phone calls.  I am requesting you either;

a, call me at 715-558-5232
b, bring your account current
c, vacate the premises

If you do none of the above by Monday 8/17/20, we will be forced to file an eviction action against you next week.

B